# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| In Re:<br>    NICHOLAS JOSEPH RIVELLI<br>        Debtor(s)<br>NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING<br>        Movant<br>v.<br>NICHOLAS JOSEPH RIVELLI<br>        Debtor(s)<br>KENNETH E. WEST<br>        Trustee<br>        Respondent(s) | Chapter 13<br><br>Case Number: 23-11591-mdc |

## ORDER

AND NOW, this __19th__ day of __September__, 2023, upon the motion of NewRez LLC d/b/a Shellpoint Mortgage Servicing, and upon the failure of Debtor to file an Answer or otherwise plead as directed by the Court (and/or after hearing held and consideration of all evidence, arguments and briefs of Counsel), it is ORDERED AND DECREED that Movant, NewRez LLC d/b/a Shellpoint Mortgage Servicing (and any assignee/successor-in-interest) is granted relief from the stay of 11 U.S.C. §362 to proceed with enforcement of all rights Movant has under state and federal law concerning the Property (the "Property"): 20 HICKORY DRIVE, #B1, HORSHAM, PA 19044.

It is further ORDERED and DECREED that the 14-day stay pursuant to BKRP 4001(a)(3) is hereby waived.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge